# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of March, two thousand and thirteen.

Before:    Ralph K. Winter,
                *Circuit Judge*.

_____

United States of America,

Appellee,

v.

Adis Medunjanin Mohammed,

Defendant-Appellant.

_____

**ORDER**
Docket No. 12-4724

IT IS HEREBY ORDERED that the motion by the appellant for an extension until July 16, 2013 to file the brief and appendix is GRANTED, with no further extensions.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

